1  Amrane Cohen, Chapter 13 Trustee
   770 The City Drive South, Suite 3300
2  Orange, CA 92868
   Phone (714) 621-0200
3  Fax   (714) 621-0277

FILED
AUG - 9 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

4                     **United States Bankruptcy Court**
                      **Central District of California**
5

6                                              ) Chapter 13
                                               )
7  ALFONSO E HAMMOND                           ) Case No.: 8:07-bk-11820-RK
                                               )
8  TAMMY S HAMMOND                             ) **NOTICE OF UNCLAIMED DIVIDEND**
                                               ) (Bankruptcy Rule 3011)
9                                              )
                                               )
10                                             )
                                               )
11 ─────────────────────────────────────────────

12      TO THE CLERK OF THE ABOVE-ENTITLED COURT:

13      Please find annexed hereto Check No. **300798** in the sum of **$25.24**

14 representing an unclaimed dividend in the above-entitled Debtor's estate.

15 Said sum is paid over to you pursuant to Bankruptcy Rule 3011 . The name and

16 address of the party entitled to said unclaimed dividend is as follows:

17      ALFONSO E HAMMOND
        1101 WALNUT AVE #G
18      HUNTINGTON BEACH, CA 92647

19 Date: August 7, 2010                _____
20                                     Amrane Cohen, Chapter 13 Standing Trustee

21

22

23

24

25

26

1

| Case No. | Debtor Name(s) | | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0711820 | ALFONSO E & TAMMY S HAMMOND | | XXX-XX-0176 | 25.24 | 0.00 | 25.24 |
| | ACCT: | Claim: 00000 | XXX-XX-9085 | | | |
| | | | TOTALS | 25.24 | 0.00 | 25.24 |

ALFONSO E HAMMOND
TAMMY S HAMMOND
BALANCE:              [0.00  33/00000]
SSN: XXX-XX-0176    SSN: XXX-XX-9085
ACCT:                           CASE: 0711820
PRINCIPAL:       25.24   INTEREST:            0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79
611

0300798

Jul 23, 2010

VOID 90 DAYS FROM DATE

********$25.24

**PAY**  Twenty Five And 24 / 100 Dollars

**TO THE ORDER OF**  U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA 90012

⑆0300798⑆ ⑈061100790⑈ 000000575186 2⑆